**RECEIVED**
Court of Appeals

JAN 1 4 2015

Lisa Matz
Clerk, 5th District

Re: Court of Appeals Number 05-14-00139-CR
Trial Court Case Number F-0724608-L

Reginald Doney Thompson

v.

The State of Texas

In the Court of Appeals

Dallas Division

Fifth District of Texas

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

Request for a 60 Day Extention of Time to File a Petition for Discretionary Review

To the Honorable Judge of the Court:

Now comes Reginald Doney Thompson the Appellant in the Above cause pursuant to Rule 68.02 and Respectfully request A 60 Day Extention of time needed to prepare the Petition for Discretionary Review be so Ordered. And In Support of this motion Appellant would show this Court the following:

I.

On December 15, 2014, Appellants conviction was Affirmed by the Fifth court of Appeals in Cause No. 05-14-00139 Styled: Reginald Doney Thompson v. The State of Texas.

II.

The Present deadline for filing A Petition for Discretionary Review is January 15, 2015, Appella

**FILED IN**
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk

Respectfully requests and 60 Day Extension of Time until March 15, 2015.

## III

The Appellant now filing Pro SE certifies that the the Record will Show that No Previous extensions were Requested or Granted to Him and that the time Requested is not privileged but material to Adequate preparing the Petition Consistent with the Law.

Wherefore Premises considered the Appellant respectfully prays that this Honorable Court will Grant the Request for a 60 day Extension of time this ___11___ day of ___January___ 2015

Respectfully Submitted

_Reginald Thompson_
Pro' SE

NOTICE: THIS FORM CONTAINS SENSITIVE DATA.

# Unsworn Declaration
*(Texas Civil Practice and Remedies Code, Section 132.001)*

My name is: _Reginald_ _Donell_ _Thompson_ ,
　　　　　　　First　　　　　　　Middle　　　　　　　Last

my date of birth is: _1_ / _6_ / _1987_ , and
　　　　　　　Month　Day　Year

my address is: _1620 FM 3344　Jacksboro Texas　76458_
　　　　　　　Street Address　　　　City　　State　　Zip Code

and _Jack_ .
　　　Country

My email address is _N/A_ .

---

*(If you are incarcerated, you must also include the following information.)*

My inmate identifying number, if any, is: _01897562_ .

I am presently incarcerated in: _Lindsey State Jail Unit_
　　　　　　　　　　　　　　Corrections Unit Name

in: _Jacksboro_ _Jack_ _Texas_ _76458_ .
　　City　　　County　　　State　　Zip Code

---

**I declare under penalty of perjury that all information in the attached document titled,**

_Request for A 60 Day Extention_ , **is true and correct.**
　　　　Name of Document

Signed in _Jack_ County, _Texas_ ,
　　　　County　　　　　　　　State

on this date: _1_ / _11_ / _15_ .
　　　　　　Month　Day　Year

_[signature]_
Your Signature

---

Pursuant to Texas Civil Practice and Remedies Code Section 132.001, an unsworn declaration may be used in lieu of a written sworn declaration, verification, certification, oath, or affidavit required by statute or required by a rule, order, or requirement adopted as provided by law. This provision does not apply to an oath of office or an oath required to be taken before a specified official other than a notary public. An unsworn declaration made under this section must be 1) in writing, 2) signed by the person making the declaration as true under penalty of perjury and 3) in substantially the form used above.